

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2021

No. 04-21-00008-CV

**IN RE** Leticia R. **BENAVIDES**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2020-PB7-000138-L-1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Beth Watkins, Justice

Relator's emergency motion for a temporary stay is GRANTED. We order that proceedings on the following matters in cause number 2020-PB7-000138-L-1 are temporarily stayed pending further order of this court: (1) the litigation of Leticia's standing as a surviving spouse in the underlying probate case; and (2) the distribution of any assets from Carlos's estate.

It is so **ORDERED** January 13, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT